UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA GRANDCHAMP,

    Plaintiff,

                                                Civil Action No. 09-cv-10282

v.                                              Paul D. Borman
                                              United States District Judge

                                              Mona K. Majzoub
COMMISSIONER OF                    United States Magistrate Judge
SOCIAL SECURITY,

    Defendant.
_____/

OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S
RECOMMENDATION (DKT. NO. 14);
(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 13);
(3) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(DKT. NO. 10);
(4) REMANDING TO THE COMMISSIONER REGARDING THE ISSUE OF PLAINTIFF'S
MENTAL IMPAIRMENTS

       Before the Court is the Magistrate Judge's January 25, 2010 Report and Recommendation (Dkt. No. 14) in favor of denying Defendant's Motion for Summary Judgment (Dkt. No. 13), granting in part Plaintiff's Motion for Summary Judgment (Dkt. No. 10) and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g) which provides that: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

       Having reviewed the Magistrate Judge's Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Recommendation DENYING

Defendant's Motion for Summary Judgment, GRANTING IN PART Plaintiff's Motion for Summary Judgment[1] and REMANDING to the Commissioner pursuant to 42 U.S.C. § 405(g). The Court does not adopt the multiple demands imposed on the ALJ by the Magistrate Judge on pages 13-17 of the Report and Recommendation. The Court does, nevertheless, intend that the ALJ explain its conclusion regarding the issue of mental impairment.

**SO ORDERED.**

                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: March 22, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 22, 2010.

                                    s/Denise Goodine
                                    Case Manager

---

[1] Since this matter is being remanded for further proceedings, the Court does not yet designate a prevailing party.